

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-13-00348-CR**
**NO. 02-13-00349-CR**

CHRISTOPHER WOOTTON                                    APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered Appellant's "Motion to Withdraw Notice of Appeal," which requests that these appeals be dismissed. This motion substantially complies with rule 42.2(a) of the rules of appellate procedure.[3]

---

[1]*See* Tex. R. App. P. 47.4.

[3]*See* Tex. R. App. P. 42.2(a).

No decision of this court having been delivered before we received this motion, we grant Appellant's motion and dismiss these appeals.[4]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 3, 2013

---

[4]*See* Tex. R. App. P. 42.2(a), 43.2(f).